## CECELIO S. DELEON *v.* COMMISSIONER OF CORRECTION

The petitioner Cecelio S. DeLeon's petition for certification for appeal from the Appellate Court, 51 Conn. App. 903 (AC 18474), is denied.

BERDON, J., dissenting. I would grant the petitioner's petition for certification to appeal.

*Raymond J. Rigat,* special public defender, in support of the petition.

Decided March 17, 1999

## CITICORP MORTGAGE, INC. *v.* RICHARD M. TARRO ET AL.

The defendants Richard M. Tarro and Kathleen Tarro's petition for certification for appeal from the Appellate Court (AC 18485) is denied.

BERDON and PALMER, Js., did not participate in the consideration or decision of this petition.

*Max F. Brunswick,* in support of the petition.

*Michele D. Sensale,* in opposition.

Decided March 17, 1999